**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Mary Ryba, | ) | |
| | ) | **ORDER OF DISMISSAL** |
| Plaintiff, | ) | **WITH PREJUDICE** |
| | ) | |
| vs. | ) | Case No. 4:05-cv-111 |
| | ) | |
| Canadian Pacific Railway Limited, and its | ) | |
| wholly-owned subsidiary Canadian Pacific | ) | |
| Railway Company, and Soo Line Railroad | ) | |
| Company, d/b/a Canadian Pacific Railway, | ) | |
| | ) | |
| Defendants. | ) | |

___

On December 27, 2007, the parties filed a pleading entitled "Stipulation of Dismissal With Prejudice." The Court **ADOPTS** the stipulation in its entirety (Docket No. 22) and **ORDERS** that the case be dismissed with prejudice and without costs or disbursements to any party.

**IT IS SO ORDERED.**

Dated this 2nd day of January, 2008.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court